1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9  | UNITED STATES OF AMERICA, ) | 1:10-MC-00004 LJO |
| 10 | ) Plaintiff, ) | **NEW CASE NO.** |
| 11 | ) v. ) | 1:10-CV-00143-OWW-DLB |
| 12 | ) WILLIAM STEPHEN MAJOR, ) | **PREVIOUS CASE NO.** |
| 13 | ) Defendant. ) | CONSENT JUDGMENT PURSUANT TO AGREEMENT BETWEEN THE PARTIES |
| 14 | _____) | |

15  The Court finds that the United States of America and William Stephen Major have entered
16 into a Settlement Agreement.  A true and correct copy of the Settlement Agreement is attached
17 hereto as Exhibit A, and all of the terms set forth therein are incorporated herein by reference.  Based
18 on the Settlement Agreement, it is hereby
19  ORDERED AND ADJUDGED:
20  The Court adopts the Settlement Agreement entered into by and between the parties in its
21 entirety.  Accordingly, judgment, by consent, in the amount of Ten Thousand Dollars ($10,000.00),
22 is entered in favor of plaintiff United States of America and against defendant William Stephen
23 Major.
24  IT IS SO ORDERED.
25
26 DATED: 2/3/2010                         /s/ OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE
27
28

[proposed] Consent Judgment Pursuant to Agreement
Between the Parties

1  Presented by:

2      BENJAMIN B. WAGNER
    United States Attorney

3

4

  By: _____

5      BOBBIE J. MONTOYA
    Assistant U.S. Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28