# EXHIBIT A

# SETTLEMENT AGREEMENT

## A. RECITALS

1. **Parties.** The parties to this Settlement Agreement (hereinafter referred to as "the Agreement") are the United States of America and William Stephen Major (hereinafter referred to as "Debtor").

2. **Forfeiture Order.** On June 29, 2005, the Enforcement Bureau, Federal Communications Commission ("FCC") issued Notice of Apparent Liability ("NAL"), NAL No. 200532960002, in the amount of $10,000.00, to the Debtor for violation of Section 301 of the Communications Act, 47 U.S.C. § 301. On June 29, 2006, the FCC issued a Forfeiture Order affirming the forfeiture of $10,000.00. The matter was referred to the United States Attorney for the Eastern District of California for collection.

## B. TERMS OF THE AGREEMENT

3. **Intention of the Parties to Effect Settlement.** In order to resolve this matter, U.S. Attorney's Office ("USAO") Case No. 2007V00107, in the Eastern District of California, the parties agree as follows:

4. **Indebtedness and Consent Judgment.** As of February 21, 2007, the total amount of the debt owed by the Debtor for FCC NAL No. 200532960002 is $10,000.00 (Ten Thousand Dollars and No/Cents) (hereinafter "debt"). Interest will accrue at the rate of 3%, commencing March 1, 2007, until the debt is paid in full. The Debtor agrees to have Judgment entered against him for the total amount of the indebtedness.

5. **Payment Schedule.** The Debtor agrees to make payments of at least $100.00 (One Hundred Dollars and No/Cents) per month, due on the 15th day of each month, beginning on March 15, 2007, and continuing until the balance is paid in full or until the Debtor is notified by the U.S. Department of Justice ("DOJ") of a modified payment schedule. The Debtor agrees to submit in a timely manner each year any financial documentation required by DOJ, which may be used to modify the payment schedule of the Debtor.

All payments shall be made payable to: "U.S. Department of Justice" and mailed to: United States Attorney's Office, attention: Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814, unless and until directed otherwise in writing by the USAO.

6. **Default on Agreement.** Should a default on the Agreement occur, the United States may take any steps authorized by law to enforce its Judgment, as provided for in paragraph 4.

7. **Bankruptcy.** The Debtor agrees that if a voluntary or involuntary bankruptcy is commenced by or against the Debtor, the Debtor's failure to comply with this Agreement, including but not limited to the payment terms in paragraph 5, is not excused by the commencement of the bankruptcy by or against the Debtor, and will be considered a default on the Agreement for purposes of paragraph 6, notwithstanding the commencement of the bankruptcy.

8. **Severability Clause.** In the event any parts of this Agreement are found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

9. **Effect of the Agreement.** This Agreement contains a complete description of the bargain between the parties. All material representations, understandings and promises of the parties concerning the repayment of the debt are contained in this Agreement. Any modifications must be set forth in writing and signed by all parties. The Debtor represents that this Agreement is entered into with knowledge of the events described herein. The Debtor further represents that this Agreement is voluntarily entered into to resolve the litigation in USAO Case No. 2007V00107.

10. **Execution of the Agreement.** The United States Attorney represents that he has received the concurrence of FCC to the monetary terms of this Agreement, and will promptly forward an executed copy of this agreement to FCC.

DATE: 3/12/2007

WILLIAM STEPHEN MAJOR
Debtor

*Address:* 5001 Freeport Blvd., #111
Sacramento, CA 95822

DATE: 3/20/2007

McGREGOR W. SCOTT
United States Attorney

By: BOBBIE J. MONTOYA
Assistant United States Attorney
Attorneys for the United States of America